U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 13 2026
RECEIVED

No: 8:26-CR-205 (ECC

Dear Sirs,

I Respectfully withdraw any Submission and/or Consent previously given unknowingly, unwillingly and unintentionally under duress, Without prejudice!

On the 19th day of May 2026, I previously withdrew all Submission and/or Consent given under duress as well as reserving all Natural inalienable Rights, Without Recourse.

Sincerely and Without ill Will, vexation or frivolity,

Djosaha Azulphar

WITHOUT PREJUDICE

All natural inalienable Rights Reserved.

Jessica Tyler
Notary Public, State of New York
Reg. No. 01TY6376263
Qualified in Clinton County
Commission Expires 06/04/2030

State of NY County of Clinton
The foregoing instrument was acknowledged before me
this 29th day of July, 2026
by Djosaha Azulphar
Notary Public
My Commission Expires 6/4/30

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 13 2026
RECEIVED

Dear Domurad,

I Would Like to get Copies of all transcripts Related to Djosaha Azulphar Case "8:26-CR-205 (ECC)

Sincerely and Without ill Will, vexation or frivolity,

Djosaha Azulphar

Without PREJUDICE,
All Natural inalienable Rights Reserved.

State of NY County of Clinton
The foregoing instrument was acknowledged before me
this 29th day of July, 20 26.
by Djosaha Azulphar
Notary Public
My Commission Expires 6/4/30

Jessica Tyler
Notary Public, State of New York
Reg. No. 01TY6376263
Qualified in Clinton County
Commission Expires 06/04/2030

Djosaha Azulphar
(20260192)
25 McCarthy drive
Plattsburgh, New york
ZipCode: 12901 (under protest)

CERTIFIED MAIL®

7018 0360 0001 6078 5301

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 13 2026
RECEIVED

John M. Domurad
14 Durkee st, Suite 35
Plattsburgh New york
ZipCode: 12901 (under protest)

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT